## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **Jakuta Diodes, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **Case No.  6:16-cv-01178-RWS** |
| **v.** | § | |
| | § | |
| **American Honda Motor Co., Inc., a** | § | |
| **California corporation,** | § | **JURY TRIAL** |
| | § | |
| **Defendant.** | § | |
| | § | |

### NOTICE OF DISMISSAL

Plaintiff, Jakuta Diodes, LLC ("Plaintiff") and Defendant, American Honda Motor Cor., Inc. ("Honda") have resolved Plaintiff's claims for relief against Honda asserted in this case.

NOW, THEREFORE, Plaintiff, through its attorneys of record, requests this Court to dismiss the entire action with prejudice, pursuant to FRCP 41(a)(i) and with all attorneys' fees, costs of court, and expenses borne by the party incurring same.

DATED:  January 26, 2017            Respectfully submitted,

*/s/ Rasheed M. McWilliams*
Rasheed M. McWilliams, CABN 281832
rasheed@cotmanip.com
Daniel C. Cotman, CABN 218315
dan@cotmanip.com
Cotman IP Law Group, PLC
35 Hugus Alley, Suite 210
Pasadena, CA 91103
(626) 405-1413/FAX (626) 316-7577
*Attorneys for Plaintiff, Jakuta Diodes, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by mail on January 26, 2017.

__ *s/Rasheed M. McWilliams*____