# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Jakuta Diodes, LLC,** | § |
| | § |
| Plaintiff, | § |
| | §  Case No.  6:16-cv-01178-RWS |
| v. | § |
| | § |
| **American Honda Motor Co., Inc.,** a California corporation, | § |
| | §  JURY TRIAL |
| Defendant. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Jakuta Diodes, LLC ("Plaintiff") announced to the Court that Plaintiff's claims for relief against American Honda Motor Co., Inc. ("Honda") have been resolved. Plaintiff therefore requests that the Court dismiss Plaintiff's claims for relief against Honda with prejudice pursuant to FRCP 41(a), and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Honda are dismissed with prejudice. IT IS FURTHER ODERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

**SIGNED this 8th day of February, 2017.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE